JUDITH SIDNEY ET AL. *v.* PHILIP N. DEVRIES ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 581, is granted, limited to the following issue:

"Does Connecticut General Statutes § 20-429 bar a home improvement contractor from recovering against a homeowner under a claim of quantum meruit arising out of an oral contract?"

*Robert L. Fisher, Jr.,* in support of the petition.

*John F. Febbroriello,* in opposition.

Decided September 27, 1989

MARION SWENSON *v.* THOMAS SAWOSKA

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 597, is granted, limited to the following issues:

"1. Did the Appellate Court err in concluding that the admission of the officer's narrative of how the accident occurred contained in the police report was harmless error?

"2. Was the standard of harmless error used by the Appellate Court, 'sufficient other evidence to support the verdict,' erroneous?

"3. Does the other evidence properly admitted, including the diagram, render harmless any error in the admission of the officer's narrative?"

*Zbigniew S. Rozbicki,* in support of the petition.

*James P. Brennan,* in opposition.

Decided September 27, 1989